William B. TAYLOR et al. v. DETROIT MOTOR APPLIANCE COMPANY.

No. 5108.

Circuit Court of Appeals, Seventh Circuit.

Dec. 13, 1933.

Thomas Francis Howe and Henry S. Rademacher, both of Chicago, Ill., and Frank E. Liverance, Jr., of Grand Rapids, Mich., for appellant.

A. G. McCaleb, of Chicago, Ill., for appellee.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

Upon stipulation of the parties hereto by their respective attorneys, it is hereby ordered that this appeal be, and the same is hereby, dismissed, without costs or charges to be assessed against any party in favor of the other. It is further ordered that the principal and sureties under the supersedeas bond heretofore filed by William B. Taylor and Curtis Kirk Taylor, doing business under the name of Taylor Bros., and under the name of Oldsmobile Sales & Service, and General Motors Corporation, in the sum of $25,000, be, and they are hereby, released and discharged from any claims, if any ever existed thereunder, and that the clerk of this court is hereby directed to return said bond to William B. Taylor and Curtis Kirk Taylor, doing business under the name of Taylor Bros., and under the name of Oldsmobile Sales & Service and General Motors Corporation, or to Thomas Francis Howe and Henry S. Rademacher, their attorneys.

---

TOMASEK v. UNITED STATES.

No. 5109.

Circuit Court of Appeals, Seventh Circuit.

Nov. 28, 1933.

Harold J. Bandy, of Granite City, Ill., for appellant.

Paul F. Jones, of Danville, Ill., for the United States.

Before ALSCHULER and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered and adjudged by this court that this cause be docketed in this court, and that this appeal be, and the same is hereby, dismissed.